No. 349, Misc.   DAVIS v. OHIO ET AL.   Supreme Court of Ohio.   Certiorari denied.   MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 5.   HOTEL EMPLOYEES UNION, LOCAL No. 255, ET AL. v. SAX ENTERPRISES, INC., ET AL., 358 U. S. 270;

No. 6.   HOTEL EMPLOYEES UNION, LOCAL No. 255, ET AL. v. LEVY ET AL., DOING BUSINESS AS SHERRY FRONTENAC HOTEL, ET AL., 358 U. S. 270;

No. 443.   G & G FISHING MAGNETS, INC., ET AL. v. K & G OIL TOOL & SERVICE CO., INC., ET AL., 358 U. S. 898; and

No. 543.   HARMSEN v. FIZZELL ET AL., 358 U. S. 940. Petitions for rehearing denied.

No. 52.   HAHN v. ROSS ISLAND SAND & GRAVEL CO., 358 U. S. 272.   Rehearing denied.   THE CHIEF JUSTICE and MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.

No. 494.   PURITAN CHURCH BUILDING FUND ET AL. v. UNITED STATES ET AL., 358 U. S. 927;

No. 511.   DEEP SEA TANKERS, LTD., ET AL. v. THE LONG BRANCH ET AL., 358 U. S. 933;

No. 514.   STATES STEAMSHIP CO. v. UNITED STATES ET AL., 358 U. S. 933;

No. 522.   UNITED STATES EX REL. THOMPSON v. LENNOX, SHERIFF, 358 U. S. 931;

No. 375, Misc.   SHEPHERD v. UNITED STATES, 358 U. S. 936; and

No. 459, Misc.   BRUNER v. ADAMS, WARDEN, 358 U. S. 937.   Petitions for rehearing denied.   MR. JUSTICE FRANKFURTER took no part in the consideration or decision of these applications.